## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:   December 18, 2014            106171
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                MEMORANDUM AND ORDER

VICTOR OGINSKI,
                        Appellant.
_____

Calendar Date:   November 17, 2014

Before:   Peters, P.J., Rose, Egan Jr. and Lynch, JJ.

_____

        Paul J. Connolly, Delmar, for appellant.

        Robert M. Carney, District Attorney, Schenectady (Gerald A. Dwyer of counsel), for respondent.

_____

Peters, P.J.

        Appeal from a judgment of the County Court of Schenectady County (Giardino, J.), rendered July 25, 2013, convicting defendant upon his plea of guilty of the crimes of sexual abuse in the first degree and endangering the welfare of a child.

        Defendant pleaded guilty to sexual abuse in the first degree and endangering the welfare of a child and waived his right to appeal.  County Court thereafter sentenced him to the agreed-upon sentence of three years in prison to be followed by seven years of postrelease supervision.  Defendant now appeals and we affirm.

        Contrary to defendant's contention, based upon our review of the plea colloquy, as well as the counseled written waiver of

appeal he executed in open court, we conclude that defendant was informed that the right to appeal was separate from the rights automatically forfeited by a guilty plea and that he knowingly, intelligently and voluntarily waived the right to appeal his conviction and sentence (see People v Munger, 117 AD3d 1343, 1343 [2014], lv denied 23 NY3d 1040 [2014]; People v Long, 117 AD3d 1326, 1326 [2014], lv denied 24 NY3d 1003 [2014]).  In light of his valid appeal waiver, defendant is precluded from challenging his sentence as harsh and excessive (see People v Fligger, 117 AD3d 1343, 1344 [2014], lv denied 23 NY3d 1061 [2014]; People v Waldron, 115 AD3d 1116, 1117 [2014], lv denied 23 NY3d 969 [2014]).

Rose, Egan Jr. and Lynch, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court